# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERSCHEL YOUNGER,<br><br>                Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO,<br>Secretary of the Navy,<br><br>                Defendant. | Case No. 22cv1006-L (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO (1) CONTINUE DEADLINE FOR DISPOSITIVE MOTIONS; (2) RELIEVE THE PARTIES OF THE REQUIREMENT TO MEET AND CONFER IN PERSON REGARDING A JOINT STATEMENT OF FACTS; AND (3) SET A BRIEFING SCHEDULE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 23]** |

On March 28, 2023, the parties filed a Joint Motion asking to (1) continue the deadline for filing dispositive motions by fourteen days; (2) relieve the parties of the requirement to meet and confer in person regarding a joint statement of facts; and (3) set a briefing schedule for the parties' cross-motions for summary judgment ("Joint Motion") [ECF No. 23].  Having considered the parties' submission and finding good cause therefore, the Court **GRANTS** the Joint Motion.  **IT IS HEREBY ORDERED**:

1. Any dispositive motions must be filed on or before **May 1, 2023**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date of requesting a motion date and the hearing date typically exceeds 30 days. Failure to make a timely request for a motion date may result in the motion not being heard.

2. The parties are relieved from the requirement in the Court's Standing Order to meet and confer in person in their preparation of a joint statement of undisputed facts.

3. The briefing schedule for the parties' cross-motions for summary judgment shall proceed pursuant to Civil Local Rule 7.1.

**IT IS SO ORDERED.**

Dated: March 29, 2023

Honorable Michael S. Berg
United States Magistrate Judge