1
2
3            UNITED STATES DISTRICT COURT
4           SOUTHERN DISTRICT OF CALIFORNIA
5

6   HERSCHEL YOUNGER,                    Case No.:  22-cv-1006-L-MSB

7                          Plaintiff,    **ORDER:**

8   v.                                   **(1) CONDITIONALLY GRANTING
9   CARLOS DEL TORO,                     JOINT MOTION TO STAY
                                         [ECF No. 27]**
10                         Defendant.
11                                       **(2) DENYING WITHOUT
12                                       PREJUDICE JOINT MOTION TO
                                         FILE DOCUMENTS UNDER SEAL
13                                       [ECF No. 22]**
14

15        Plaintiff Herschel Younger ("Plaintiff") filed a request to upgrade his discharge
16   status with the Board of Corrections of Naval Records ("BCNR") on September 8, 2017.
17   (ECF No. 27, at 2.)  Plaintiff based his request on the contention that the PTSD and
18   PTSD-related conditions he suffered during and as a result of his service mitigate the
19   circumstances which led to his "Other Than Honorable" discharge.  (*Id.*)  The BCNR
20   denied his request on October 19, 2018.  (*Id.*)  After an unsuccessful request for
21   consideration, Plaintiff filed this action on July 11, 2022.  (*Id.*)
22        Separate from the events leading up to this action, Plaintiff filed  a request to
23   upgrade his discharge status with the Department of Veterans Affairs ("VA").  (*Id.*)  The
24   VA granted this request for purposes of seeking VA benefits on April 5, 2023.  (*Id.*)
25   Following this decision, Plaintiff intends to file a renewed request for consideration.  (*Id.*
26   at 3.)  The parties now jointly move to stay the proceedings in this action pending the
27   resolution of the renewed request for reconsideration.  (*Id.* at 5.)
28

                                        1

"Where a court suspends proceedings in order to give preliminary deference to an independent adjudicating body but further judicial proceedings are contemplated, then jurisdiction should be retained by a stay of proceedings." *N. California Dist. Council of Hod Carriers, Bldg. & Const. Laborers, AFL-CIO v. Opinski*, 673 F.2d 1074, 1076 (9th Cir. 1982).  Accordingly, the Court **GRANTS** the parties' joint motion to stay for **sixty (60) days from the date this Order is filed**.  The parties may file a motion to extend the stay before the stay expires, accompanied by a status report that provides justification for an extension.

Furthermore, the parties filed a joint motion to file documents under seal.  (ECF No. 22.)  The motion was filed in connection with impending dispositive motions.  (*See id.* at 6.)  In light of this Order and in the absence of any pending substantive motions, the Court **DENIES WITHOUT PREJUDICE** the parties' joint motion to file documents under seal as premature.

**IT IS SO ORDERED.**

Dated:  May 24, 2023

Hon. M. James Lorenz
United States District Judge

22-cv-1006-L-MSB